IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | I N D I C T M E N T |
| | ) | |
| | ) | Case No.   C3 - 05 - 138 |
| | ) | |
| -vs- | ) | Violation:    18 U.S.C. §§ 2251(a), |
| | ) | 2251(e), 2422(b), and 2423(b) |
| RONALD L. RIVERA | ) | |

## COUNT ONE

**Luring a Minor Via the Internet**

The Grand Jury Charges:

In or about November 2004 through February 2005, in the District of North

Dakota,

RONALD L. RIVERA

did knowingly use the internet, a facility and means of interstate and foreign commerce,

to attempt to persuade, induce, entice, and coerce an individual who had not attained the

age of 18 years to engage in sexual activity for which he could be charged with a

criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

CERTIFIED COPY
I hereby certify that this instrument is a true and
correct copy of the electronically filed original.
ATTEST:
ROBERT ANSLEY, CLERK
United States District Court
District of North Dakota

By _____
                              Deputy Clerk

## COUNT TWO

**Travel with Intent to Engage in Illicit Sexual Conduct**

The Grand Jury Further Charges:

On or about February 4, 2005, in the District of North Dakota and elsewhere,

### RONALD L. RIVERA

traveled in interstate commerce for the purpose of engaging in illicit sexual conduct with another person;

In violation of Title 18, United States Code, Section 2423(b).

<u>COUNT THREE</u>

**Production of Materials Involving Sexual Exploitation of a Minor**

The Grand Jury Further Charges:

On or about February 5, 2005, in the District of North Dakota and elsewhere,

RONALD L. RIVERA

used, persuaded, induced, enticed, and coerced a minor, namely: N.W., whose date of

birth is November 13, 1991, to engage in sexually explicit conduct for the purpose of

producing a visual depiction of such conduct, knowing and having reason to know that

such visual depiction would be transported in interstate and foreign commerce, and

which visual depiction has actually been transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

A TRUE BILL:

██████████████

██████████ Foreperson

DREW H. WRIGLEY
United States Attorney

BMS:ell